**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| TODD JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 22-cv-2155-SMY |
| | ) | |
| KRUPP TRUCKING, LLC, MARY WILKS, and | ) | |
| MATEO DIAZ, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| CHRISTOPHER SCHMIDT and | ) | |
| MELISSA SCHMIDT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 22-cv-2268-SMY |
| vs. | ) | |
| | ) | |
| KRUPP TRUCKING, LLC and MARY WILKS., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

 This matter comes before the Court on the Motion to Set a Scheduling Conference and to Consolidate (Doc. 16). The parties request the consolidation of *Todd Johnson v. Krupp Trucking, LLC et al.*, Case No. 22-cv-2155-SMY and *Christopher Schmidt et al. v. Krupp Trucking, LLC et al.*, Case No. 22-cv-2268-SMY.

 Pursuant to Federal Rule of Civil Procedure 42(a), a court may consolidate actions when they "involve a common question of law or fact." Here, there are common questions of law and fact as each case alleges personal injuries arising from a July 25, 2022, truck accident involving six vehicles and at least twelve individuals. Accordingly, the Court **GRANTS** the Motion to

Consolidate (Doc. 16) and **CONSOLIDATES** Case Numbers 22-cv-2155-SMY and 22-cv-2268-SMY.

This matter is set for a final pre-trial conference on January 10, 2024, at 9:30 a.m. and jury trial is set for January 22, 2024, at 9:00 a.m. in the Benton Courthouse.  The parties shall submit a proposed consolidated scheduling order by January 20, 2023, via e-mail to SMYpd@ilsd.uscourts.gov.  This matter is set for a telephonic status conference on January 27, 2023, at 10:30 a.m.  Instructions for joining the conference call are as follows: All parties should call toll free 877-873-8017 and enter the access code 4354777.

The Clerk of Court is **DIRECTED** to file a copy of this Order in case numbers 22-cv-2268. **All future filings shall be made in case number 22-cv-2155-SMY.**

**IT IS SO ORDERED.**

**DATED:  December 21, 2022**

_____
**STACI M. YANDLE**
**United States District Judge**